## CROWDER, trustee, *vs*. JACKSON *et al*.

[This case was argued at the last term, and the decision reserved.]

The certificate of the judge is as follows: "I do certify that the foregoing bill of exceptions is true, and the evidence thereto attached contains all the evidence material," etc , etc . No evidence at all *is attached to the bill of exceptions.* It must therefore be dismissed.

JACKSON, Justice.

## WEATHERLY *vs*. MIMMS.

Where an acknowledgment of service on a bill of exceptions was without date, and signed by two attorneys, who neither appeared in such acknowledgment nor elsewhere on the face of the record, to represent the defendant, the writ of error will be dismissed.

WARNER, Chief Justice.

## PEARCE *et al.,* executors, *vs*. ALLEN.

[This case was argued at the last term, and decision reserved,]

1. In this case no motion was made for a new trial, and there was no testimony embodied in, or exhibited to, the bill of exceptions; therefore the bill of exceptions is dismissed. Only in cases where motions are made for new trials can the evidence be made a part of the record, and be considered as legally before this court. See Code, §4253

2. The charge of the court cannot be reviewed in this case understandingly without the evidence, and the sole point complained of is upon the charge,

JACKSON, Justice.

## McDONALD *vs*. NIGHT.

An affidavit to foreclose a laborer's lien must show affirmatively that the contract of labor has been completed. See 61 *Ga.*, 211.

WARNER, Chief Justice.